UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 MAR -3  A 10: 06

BY DEPUTY CLERK

**DEANTHONY FORD**

**VERSUS**

**BATON ROUGE CITY, ET AL**

**CIVIL ACTION**

**NO. 07-687-JVP-CN**

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger (doc. 23) dated February 11, 2008, to which no objection has been filed,  hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's complaint shall be dismissed pursuant to Rule 4(m).  No other sanctions shall be imposed on the plaintiff or counsel for failure to timely file the status report, or on plaintiff's counsel for failure to attend the scheduling conference.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, ~~February~~ MARCH 3  , 2008.

JOHN V. PARKER,  JUDGE
MIDDLE DISTRICT OF LOUISIANA